THE STATE EX REL. FERGUSON, APPELLANT, *v.*
NATIONAL MACHINERY ET AL., APPELLEES.

[Cite as *State ex rel. Ferguson v. Natl. Mach.,*
128 Ohio St.3d 242, 2011-Ohio-528.]

(No. 2009–2359—Submitted January 18, 2011—Decided February 9, 2011.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and McGEE BROWN, JJ., concur.

LANZINGER, J., not participating.

Gallon, Takacs, Boissoneault & Schaffer Co., L.P.A., and Theodore A. Bowman, for appellant.

Michael DeWine, Attorney General, and John R. Smart, Assistant Attorney General, for appellee Industrial Commission of Ohio.